

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-82,827-03 & WR-82,827-04

### EX PARTE JERRY PAUL ROSE, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. B09410-2 & B09540-2 IN THE 198TH DISTRICT COURT
### FROM KERR COUNTY

YEARY, J., filed a concurring opinion in which KEASLER, and HERVEY, JJ., joined.

### CONCURRING OPINION

Adhering to the views expressed in my concurring opinion in *Ex parte Pointer*, ___ S.W.3d ___, Nos. WR-84,786-01 & WR-84,786-02 (Tex. Crim. App. del. June 8, 2016), I join in the Court's disposition of these cases.

FILED: June 29, 2016
DO NOT PUBLISH